1  FISHER & PHILLIPS LLP
   SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
3  BRIAN L. BRADFORD, ESQ.
   Nevada Bar No. 9518
4  300 S. Fourth Street, Suite 1500
   Las Vegas, NV  89101
5  Telephone:  (702) 252-3131
   E-Mail Address:  smahoney@fisherphillips.com
6  bbradford@fisherphillips.com
7  *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA CAVER an individual; | Case No.  2:20-cv-01912-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| v. | **(First Request)** |
| CARRIAGE FUNERAL HOLDINGS, INC. a foreign corporation, d/b/a CARRIAGE SERVICES OF NEVADA, INC., a foreign corporation, d/b/a CARRIAGE SERVICES, INC. d/b/a BUNKERS MORTUARY; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive; | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including December 4, 2020 to answer or otherwise respond to Plaintiff's Complaint.  Defense counsel has recently been retained and needs additional time to review the facts and respond to the

- 1 –

FP 39057936.1

1  allegations.  This is the first request for an extension of this deadline.

| FISHER & PHILLIPS, LLP | PAUL PADDA LAW, PLLC |
|---|---|
| By:_____/s/_____<br>Scott M. Mahoney, Esq.<br>Brian L. Bradford, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:_____/s/_____<br>Paul S. Padda, Esq.<br>4560 S. Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 11-16-2020