FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
bbradford@fisherphillips.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REBECCA CAVER an individual; <br><br> Plaintiff, <br><br> v. <br><br> CARRIAGE FUNERAL HOLDINGS, INC. a foreign corporation, d/b/a CARRIAGE SERVICES OF NEVADA, INC., a foreign corporation, d/b/a CARRIAGE SERVICES, INC. d/b/a BUNKERS MORTUARY; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive; <br><br> Defendants. | Case No.  2:20-cv-01912-JCM-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br> **(Second Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendants will have an extension of time up to and including December 18, 2020 to answer or otherwise respond to Plaintiff's Complaint.  The parties are in discussions which may eliminate the need to respond to certain claims.  This is the

- 1 –

1  second request for an extension of this deadline.

| FISHER & PHILLIPS, LLP | PAUL PADDA LAW, PLLC |
|---|---|
| By:___/s/ Scott M. Mahoney, Esq. ___<br><br>Scott M. Mahoney, Esq.<br>Brian L. Bradford, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By:__/s/_Paul S. Padda, Esq.___<br>Paul S. Padda, Esq.<br>4560 S. Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>Attorney for Plaintiff |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 12-3-2020

- 2 –