PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 S. Decatur Boulevard, Ste. 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

Attorney for Plaintiff Rebecca Caver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA CAVER, an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>CARRIAGE FUNERAL HOLDINGS, INC., a foreign corporation, d/b/a CARRIAGE SERVICES OF NEVADA, INC., a foreign corporation, d/b/a CARRIAGE SERVICES, INC. d/b/a BUNKERS MORTUARY; RICHARD HANSEN, an individual; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive;<br><br>        Defendants. | Case No.:   2:20-cv-01912-JCM-VCF<br><br>**STIPULATION TO CONTINUE EARLY NEUTRAL EVALUATION SESSION (FIRST REQUEST)**<br><br>**(Expedited Review Requested)** |

Plaintiff, Rebecca Caver, through her counsel of record, Paul S. Padda, of Paul Padda Law, and Defendants Carriage Funeral Holdings, Inc., d/b/a Carriage Services of Nevada, Inc., d/b/a Carriage Services, Inc. d/b/a Bunkers Mortuary, hereby stipulate and agree to continue the Early Neutral Evaluation ("ENE") session currently scheduled for February 10, 2021 before United States Magistrate Judge Daniel J. Albregts.  *See* ECF No. 14.  This is the parties' first request seeking a continuance of the ENE session.  For the reasons set forth below, the parties respectfully request that the Court approve this stipulation and schedule the ENE for a date

1

convenient for the Court but no earlier than March 15, 2021. In support of this stipulation, the parties represent the following:

    1.  Counsel for Plaintiff is required to be out of town next Wednesday (February 10, 2021) due to a time sensitive matter pertaining to another client. As a result, he will be required to leave Las Vegas on Monday (February 8, 2021). Counsel for Plaintiff only learned this today from his other client who brought to his attention a matter of an emergency nature and requesting his assistance. Counsel for Plaintiff immediately contacted Defendants' counsel and notified them of this fact and requested that they agree to this stipulation.

    2.     Counsel for Defendants do not oppose a continuance of the ENE.

    3.     The parties respectfully request the Court give this matter expedited consideration and approve this stipulation for a continuance of the ENE to a date convenient for the Court but no earlier than March 15, 2021. The parties propose the following 5 alternative dates for the ENE:

                   March 17, 2021 (Wednesday)

                   March 18, 2021 (Thursday)

                   March 19, 2021 (Friday)

                   March 25, 2021 (Thursday)

                   March 26, 2021 (Friday)

. . .

. . .

. . .

. . .

. . .

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940

4. Counsel for Plaintiff apologizes to the Court and opposing counsel for any inconvenience occasioned by this request for continuance.

Respectfully Submitted,

/s/ Brian L. Bradford                                    /s/ Paul S. Padda

Scott M. Mahoney, Esq.                          Paul S. Padda, Esq.
Brian L. Bradford, Esq.                            PAUL PADDA LAW, PLLC
FISHER & PHILLIPS, LLP                        4560 South Decatur Blvd, Suite 300
300 South Fourth Street, Suite 1500      Las Vegas, Nevada 89103
Las Vegas, Nevada 89101                      Tele: (702) 366-1888
Tele: (702) 252-3131

Attorneys for Defendants                        Attorney for Plaintiff

Dated: February 5, 2021                          Dated: February 5, 2021

## ORDER

**IT IS SO ORDERED**. The Early Neutral Evaluation scheduled for February 10, 2021 is VACATED and **RESET** for **Thursday, March 25, 2021 at 10:00 a.m.** via video conference. IT IS FURTHER ORDERED that any revised or supplemental confidential evaluation statements are due by Noon on **Thursday, March 18, 2021.** All other provisions of the Court's Order (ECF No. 14) remain in effect.

DATED this 5th day of February, 2021.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE