FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
Nevada Bar No. 1099
BRIAN L. BRADFORD, ESQ.
Nevada Bar No. 9518
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
E-Mail Address:  bbradford@fisherphillips.com
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REBECCA CAVER, an individual, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:20-cv-01912-JCM-VCF |
| | ) |
| v. | ) |
| | ) |
| CARRIAGE FUNERAL HOLDINGS, INC. a foreign corporation, d/b/a CARRIAGE SERVICES OF NEVADA, INC., a foreign corporation, d/b/a CARRIAGE SERVICES, INC. d/b/a BUNKERS MORTUARY; DOES 1 through 10, inclusive; ROE CORPORATIONS/ENTITIES 1 through 10, inclusive; | ) ) ) **STIPULATION AND ORDER FOR** ) **DISMISSAL WITH PREJUDICE** ) ) ) ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of

/ / /

/ / /

/ / /

/ /

/ / /

/ / /

FP 40483250.1

- 1 –

1  record that this matter be dismissed with prejudice, with each party to bear its own costs
2  and attorneys' fees.
3      Dated this 7th day of May, 2021.

| FISHER & PHILLIPS, LLP | PAUL PADDA LAW, PLLC |
|---|---|
| By: __/s/ Brian L. Bradford, Esq.__<br>Scott M. Mahoney, Esq.<br>Brian L. Bradford, Esq.<br>300 S. Fourth Street #1500<br>Las Vegas. NV 89101<br>Attorney for Defendants | By: /s/ Paul S. Padda, Esq.___<br>Paul S. Padda, Esq.<br>4560 S. Decatur Blvd., Ste. 300<br>Las Vegas, NV 89103<br>Attorney for Plaintiff |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATE DISTRICT JUDGE

May 11, 2021
_____
DATE

FISHER & PHILLIPS LLP
300 S. Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 40483250.1

- 2 –